UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE CITY OF NEW YORK,

                                      Plaintiff,    11 Civ 5949 (LTS)(GWG)

         -against-                                        **STIPULATION OF**
                                                                **DISMISSAL WITH**
GREAT NORTHERN INSURANCE COMPANY and        **PREJUDICE**
WESTCHESTER FIRE INSURANCE COMPANY,

                                      Defendants.

------------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that the above-referenced action is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, and without costs, expenses, or fees, including claims for attorney's fees.

       **IT IS FURTHER AGREED** that this stipulation of dismissal may be executed in counterparts, each of which shall be deemed an original and shall bind the signatories thereto.

Dated: New York, New York
         January 27, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Plaintiff City of New York*
100 Church Street, Room 20-83
New York, New York 10007
(212) 442-0588

By: _____
     Sabita Krishnan
     Assistant Corporation Counsel

TRESSLER LLP
*Attorney for Defendant Great Northern Insurance Company*
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6308
(312) 627-4000

By: _____
     Kathy Karaboyas Malamis

DLA PIPER LLP (US)
*Attorney for Defendant Westchester Fire Insurance Company*
1251 Avenue of the Americas
New York, New York 10020-1104

By: _____
     R. Brian Seibert